UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Vaughn Atkins  
    Jessica Atkins  
         Debtor(s)

Case No. 13-31386

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2013.

2) The plan was confirmed on 10/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/24/2014.

5) The case was converted on 03/23/2016.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $20,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,816.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$23,816.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $977.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,777.00** |

Attorney fees paid and disclosed by debtor:   $1,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACURA FINANCIAL SERVICES | Secured | 20,249.40 | 20,249.40 | 20,249.40 | 15,888.82 | 1,602.64 |
| ANTIO LLC | Unsecured | 4,389.00 | 4,389.14 | 4,389.14 | 185.51 | 0.00 |
| ATLANTIC CREDIT & FINANCE | Unsecured | 2,908.00 | 2,908.87 | 2,908.87 | 122.95 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,200.00 | 1,464.00 | 1,464.00 | 61.88 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,378.60 | 2,045.75 | 2,045.75 | 86.46 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,541.00 | 2,641.76 | 2,641.76 | 111.66 | 0.00 |
| DISCOVER BANK | Unsecured | 6,398.00 | 6,398.41 | 6,398.41 | 270.44 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,204.00 | 1,204.20 | 1,204.20 | 50.90 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 1,100.00 | 22.80 | 22.80 | 0.00 | 0.00 |
| MOTOROLA EMPLOYEES CU | Unsecured | 25,187.00 | 35,011.09 | 35,011.09 | 1,479.82 | 0.00 |
| NICOR GAS | Unsecured | 396.10 | 344.48 | 344.48 | 0.00 | 0.00 |
| PNC BANK NATIONAL ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,039.86 | 1,074.86 | 1,074.86 | 45.43 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 616.00 | 696.19 | 696.19 | 16.89 | 0.00 |
| EDUCATION GREAT LAKES | Unsecured | 5,899.00 | NA | NA | 0.00 | 0.00 |
| HRRG/MIDWEST EMERGENCY | Unsecured | 15.40 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICINE LLC | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE PEDIATRICS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY/AMAZO | Unsecured | 1,204.20 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES/UNIVERSI | Unsecured | 1,042.71 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DELNOR EXPRESS CARE | Unsecured | 28.20 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 949.84 | NA | NA | 0.00 | 0.00 |
| COSPORT | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| COSPORT | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CSF MEDICAL SPECIALIST LLC | Unsecured | 343.40 | NA | NA | 0.00 | 0.00 |
| DAILY HERALD | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC/SHERMA | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICAN ILLINOIS LLO/SHERM | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF CHICAGO | Unsecured | 29.99 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 16.50 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 678.68 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 2,221.58 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 2,009.39 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Unsecured | 726.72 | NA | NA | 0.00 | 0.00 |
| AMER GEN FIN SPRINGLEAF FINANC | Unsecured | 2,970.00 | NA | NA | 0.00 | 0.00 |
| ATHLETICO | Unsecured | 272.90 | NA | NA | 0.00 | 0.00 |
| BAKAL DERMATOLOGY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER | Unsecured | 1,542.12 | NA | NA | 0.00 | 0.00 |
| MOTOROLA CREDIT UNION | Unsecured | 5,593.00 | NA | NA | 0.00 | 0.00 |
| ELGIN BARRINGTON NEUROSURGER | Unsecured | 267.30 | NA | NA | 0.00 | 0.00 |
| ELGIN GASTROENTEROLOGY ENDOS | Unsecured | 99.62 | NA | NA | 0.00 | 0.00 |
| ENHANCED MED IMAGING | Unsecured | 68.68 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY ORTHOPAEDIC | Unsecured | 16.50 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY ORTHOPAEDIC | Unsecured | 45.18 | NA | NA | 0.00 | 0.00 |
| STANISALUS CREDIT CONTROL SER | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 15.40 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL ASSISTANTS | Unsecured | 18.34 | NA | NA | 0.00 | 0.00 |
| SUBARBAN SURGICAL CARE SPECIA | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MERDICA | Unsecured | 3,038.38 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 244.06 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 152.94 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 39.22 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 896.80 | NA | NA | 0.00 | 0.00 |
| TRIAD RADIOLOGY AND IMAGING | Unsecured | 6.80 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRF | Unsecured | 3,914.29 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRF | Unsecured | 4,111.98 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRF | Unsecured | 3,935.18 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRF | Unsecured | 1,042.71 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBARBAN IMAGING | Unsecured | 42.50 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBARBAN IMAGING | Unsecured | 18.50 | NA | NA | 0.00 | 0.00 |
| NWHC BUSINESS OFFICE | Unsecured | 15.40 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Unsecured | 29.78 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Unsecured | 38.25 | NA | NA | 0.00 | 0.00 |
| SHERMAN HEALTH | Unsecured | 200.21 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 33.78 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 161.99 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SHERMAN HOSPITAL | Unsecured | 152.35 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 417.50 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 443.90 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 167.50 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 11,435.40 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 167.50 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,917.97 | NA | NA | 0.00 | 0.00 |
| MOTOROLA EMPLOYEE CRED/01 HC | Unsecured | 6,696.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,240.00 | 2,734.90 | 2,734.90 | 115.60 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,249.40 | $15,888.82 | $1,602.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,249.40** | **$15,888.82** | **$1,602.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,936.45** | **$2,547.54** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,777.00 |
| Disbursements to Creditors | $20,039.00 |
| **TOTAL DISBURSEMENTS:** | **$23,816.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/31/2016 By: /s/ Glenn Stearns

                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**